■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANCIS CONTI, Appellant. [737 NYS2d 286] —Judgment, Supreme Court, New York County (Laura Drager, J., at plea; John Cataldo, J., at sentence), rendered January 12, 1999, convicting defendant of attempted robbery in the first degree, and sentencing him, as a persistent felony offender, to a term of 16 years to life, unanimously affirmed.

Defendant's constitutional challenge to the procedure under which he was sentenced as a persistent violent felony offender is unpreserved for appellate review and, in any event, is without merit (*see, People v Rosen*, 96 NY2d 329, *cert denied* 534 US —, 122 S Ct 224). Concur—Sullivan, J.P., Rosenberger, Rubin, Friedman and Marlow, JJ.